IN THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAUL ORTIZ, et. al., | CASE NO.:1:24-cv-00802 |
| | |
| | JUDGE PATRICIA A. GAUGHAN |
| | |
| | **JOINT STIPULATION** |
| Plaintiff, | **SUBSTITUTING CITY OF** |
| | **ELYRIA FOR ELYRIA POLICE** |
| v. | **DEPARTMENT** |
| | |
| PAIGE MITCHELL, et. al., | |
| | |
| Defendants. | |

Now come the Plaintiffs, by and through undersigned counsel, along with Defendant Elyria Police Department and their counsel, and hereby stipulate to the substitution of named Defendants in the instant case. Specifically the parties hereby stipulate to the Substitution of "City of Elyria" for "Elyria Police Department."

Respectfully Submitted,

__/S/ BRETT F. MURNER__
BRETT MURNER (0074363)
116 W. Herrick Ave.
Wellington, OH 44090
(440) 647-9505 – Phone
(440) 647-9506 - Fax
brett@murnerlaw.com
Attorney for Plaintiffs

/S/ PAUL MICHAEL LA FAYETTE

Paul Michael La Fayette (00670311)
Freeman, Mathis & Gary
65 East State St., Ste. 2550
Columbus, OH 43215
(614-683-8471) – Phone
(888-356-3590) - Fax
Paul.LaFayette@fmglaw.com
Attorney for Defendant Elyria Police Department

### CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed this 21st day of June, 2024 via the court's electronic filing system.

/S/ BRETT F. MURNER
BRETT F. MURNER
Atty. For Plaintiffs