UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAUL ORTIZ, et al.,  )   | CASE NO.: 1:24-CV-00802 |
| ) | |
| Plaintiff,  ) | JUDGE: PATRICIA GAUGHAN |
| ) | |
| vs.  ) | **NOTICE OF SERVICE** |
| ) | **OF INITIAL DISCLOSURES** |
| PATROLMAN PAIGE MITCHELL,  ) | |
| et al.,  ) | |
| ) | |
| Defendants.  ) | |

Now comes Defendant, Patrolman Paige Mitchell, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby gives notice to this Court that Defendant has duly served Defendant Paige Mitchell's Initial Disclosures, on July 26, 2024, upon counsel for Plaintiff and Co-Defendants.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Zachary W. Anderson*
JOHN T. MCLANDRICH (0021494)
ZACHARY W. ANDERSON (0095921)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jmclandrich@mrrlaw.com
              zanderson@mrrlaw.com

*Counsel for Defendant Patrolman Paige Mitchell*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 26, 2024, a copy of the foregoing Notice of Service of Initial Disclosures was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      *s/Zachary W. Anderson*
                                      JOHN T. MCLANDRICH (0021494)
                                      ZACHARY W. ANDERSON (0095921)

                                      *Counsel for Defendant Patrolman Paige Mitchell*