IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RAUL ORTIZ, et al. | ) | Case No. 1:24-CV-00802 |
| | ) | |
|     *Plaintiffs,* | ) | District Judge Patricia A. Gaughan |
| | ) | |
| -vs- | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| PARTOLMAN PAIGE MITCHELL, *et al.* | ) | **WITH PREJUDICE** |
| | ) | |
|     *Defendants*. | ) | |
| | ) | |

    The Parties, through counsel, agree and stipulate that this matter shall be dismissed, with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his/her/its/or their own attorney fees and costs.

                                            Respectfully submitted,

                                            */s/ Brett F. Murner*
                                        BRETT F. MURNER #0074363
                                        116 W. Herrick Ave.
                                        Wellington, OH 44090
                                        (440) 647-9505 (T) - (440) 647-9506 (F)
                                        brett@murnerlaw.com (e-mail)
                                        *Counsel for Plaintiffs Raul Ortiz and Debra Fusik*


                                            */s/ Paul-Michael La Fayette*
                                          PAUL-MICHAEL LA FAYETTE #0067031
                                          ASHLEY B. HETZEL #0092213
                                          Freeman, Mathis & Gary – Columbus
                                          65 East State Street – Suite 2550
                                          Columbus, Ohio 43215
                                          (614) 683-8521 (T)
                                          paul.lafayette@fmglaw.com (e-mail)
                                          ashley.hetzel@fmglaw.com (e-mail)
                                          *Counsel for Defendants City of Elyria*

       /s/ *John T. McLandrich*
JOHN T. McLANDRICH #0021494
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906 (T)  (440) 248-8861 (F)
jmclandrich@mrrlaw.com (e-mail)
*Counsel for Defendant Paige Mitchell*


       /s/ *Daniel J. Leffler*
DANIEL J. LEFFLER #0076540
Chief Legal Counsel
Ohio Patrolmen's Benevolent Association
10147 Royalton Road, Suite J
North Royalton, Ohio 44133
(440) 237-7900 (T)
dleffler@opba.com (e-mail)
Co-*Counsel for Defendant Paige Mitchell*


       /s/ *John G. Farnan*
JOHN G. FARNAN #0038558
PATRICK M. CANNELL #0097926
WESTON HURD, LLP
1300 East 9th Street, Suite 1400
Cleveland, Ohio 44114-1862
(216) 241-6602 (T)  (216) 621-8369 (F)
jfarnan@westonhurd.com (e-mail)
pcannell@westonhurd.com (e-mail)
*Counsel for Defendants Colty Hersch and Chris Lewis*


IT IS SO ORDERED.

_____
THE HONORABLE PATRICIA A. GAUGHAN